UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur J. Toegemann :
plaintiff:
:
vs. : C.A. 940132ML
:
United States :
Guidance Associated, Inc. et al.:
defendants:

Petition to proceed without payment of any fees

Petitioner is trying to have his Selective Service record corrected. Registration, unpaid, with Selective Service is compelled by federal law of all males 18 years old. Such compelling obligates the government to provide recourse freely.

Respectfully submitted,
Plaintiff,

Arthur J. Toegemann
pro se
234 Lenox Ave.
Providence, RI 02907
(401) 785-9604
July 2, 2007